UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X

EMILE WESTMORELAND,

Plaintiff,

**STIPULATION AND**

-against-

**ORDER OF DISMISSAL**

CITY OF NEW YORK, POLICE OFFICER DANIEL
SCALCIONE, AND POLICE OFFICER RICHARD
ERNYEY,

19-CV-3567 (LDH) (RML)

Defendants.

------------------------------------------------------------------------- X

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1.   The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the

District Court shall continue to retain jurisdiction over this action for the purpose

of enforcing the terms of the settlement agreement reached between the parties and

set forth in the Stipulation of Settlement executed by the parties in this matter.


Dated: New York, New York
_____, 2020


MALCOLM ANDERSON
*Attorney for Plaintiff*
PetersonDelleCave LLP
233 Broadway, Suite 1800
New York, NY 10279

By:_____
      Malcolm Anderson

JAMES E. JOHNSON
Corporation Counsel
of the City of New York
*Attorney for Defendants*
100 Church Street, Room 3-190
New York, New York 10007

By:_____
      Stephanie Michelle Vilella Alonso
      Assistant Corporation Counsel

SO ORDERED:

s/ LDH
_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated:_____April 3_____, 2020